# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>P. L. VASQUEZ, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-00817-SMS PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 1) |

Plaintiff Juan Carlos Hernandez, a state prisoner proceeding pro se, filed this action on May 11, 2010. Plaintiff utilized a form complaint for civil rights actions filed pursuant to 42 U.S.C. § 1983, but seeks to stay or terminate any future deportation proceeding so that he may seek political asylum. Plaintiff alleges he is a legal alien, and has received notice that an immigration hold has been placed on him.

Section 1983 claims must be premised on the violation of the Constitution or other federal rights. Nurre v. Whitehead, 580 F.3d 1087, 1093 (9th Cir 2009). Plaintiff attempts to advance a claim for violation of the Eighth Amendment arising from his potential future deportation to Mexico, where he will face severe hardship and endangerment. The Eighth Amendment protects prisoners from inhumane methods of punishment and from inhumane conditions of confinement. Morgan v. Morgensen, 465 F.3d 1041, 1045 (9th Cir. 2006). Plaintiff fails to state a viable claim for relief under section 1983.

Further, the Court declines to construe this action as one seeking habeas corpus relief because a "'bare detainer letter alone does not sufficiently place an alien in INS custody to make habeas

corpus available.'" Campos v. INS, 62 F.3d 311, 314 (9th Cir. 1995) (quoting Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994)).

   Plaintiff's complaint fails to state a claim upon which relief may be granted under section 1983. Because the deficiency is not curable through amendment, the Court HEREBY DISMISSES the action without leave to amend. Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).[1]

IT IS SO ORDERED.

**Dated:** **June 18, 2010**      /s/ Sandra M. Snyder
                UNITED STATES MAGISTRATE JUDGE

---

[1] In light of this dismissal, the Court does not reach Plaintiff's pending motion for leave to proceed in forma pauperis.